**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:  FPMC San Antonio Realty Partners, LP                     Case No.  **15-52462**

                                                                                                    Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| NRG Property Management<br>3030 Olive Street, Suite 220<br>Dallas, Texas 78299 | | Trade | | $0.00 |
| Mutual Sprinklers<br>12000 Crownpoint, Suite 175<br>San Antonio, TX 75206 | | Trade | | $0.00 |
| Lincoln Harris<br>6688 N Central Expwy, #300<br>Dallas, TX 75206 | | Trade | | $0.00 |
| KNJ Graphix<br>2201 Long Prairie Rd, Ste 107/163<br>Flower Mound, TX 75022 | | Trade | | $0.00 |
| J.W. Dielmann, Inc.<br>4019 Stahl Road, Suite 118<br>San Antonio, TX 75701 | | Trade | | $0.00 |
| Internal Revenue Service<br>Centralized Insolvency Office<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | Notice Only | | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: FPMC San Antonio Realty Partners, LP    Case No. 15-52462

Chapter 11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| ICON Ecological Solutions<br>5432 Bridgeport Rd<br>McKinney, TX 75071 | | Trade | | $0.00 |
| Gilbert Aguilar<br>525 Oak Ctr, Ste 240<br>San Antonio, TX 78258 | | Trade | | $0.00 |
| Fresenius<br>920 Winter Street<br>Attn: Legal Department<br>Waltham, MA 02451 | | Building Lease | | $0.00 |
| Forest Park Medical Center at San Antoni<br>Central Expressway Suite #440<br>Dallas, TX 75243 | | Building Lease | | $0.00 |
| Eye Protection Systems | | Trade | | $0.00 |
| Drash Contracting Company<br>1045 Central Parkway N., Suite 101<br>San Antonio, TX 78258 | | Trade | | $0.00 |
| Dr. Siraj Sayeed<br>5510-B Presidio Parkway<br>San Antonio, TX 78249 | | Building Lease | | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: FPMC San Antonio Realty Partners, LP         Case No. **15-52462**

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| DMI Technologies<br>14900 Grand River Rd. Suite 100<br>Fort Worth, TX 76155 | | Trade | | $0.00 |
| DFW Maintenance<br>101 St. Louis Avenue<br>Fort Worth, TX 76104 | | Trade | | $0.00 |
| CPS Energy<br>PO Box 2678<br>San Antonio, TX 78289 | | Trade | | $0.00 |
| Bexar County Tax Assessor Collector<br>P.O. Box 2903<br>San Antonio, TX 78299-2903 | | Taxes | | $0.00 |
| Andrew Zaragoza<br>525 Oak Ctr, Ste 240<br>San Antonio, TX 78258 | | Trade | | $0.00 |
| Alamo Handyman, LLC<br>PO Box 681892<br>San Antonio, TX 78268 | | Trade | | $0.00 |
| Acme Safe & Lock Company<br>138 Kenley Pl.<br>San Antonio, TX 78232 | | Trade | | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:  **FPMC San Antonio Realty Partners, LP**　　　　　　　　Case No.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter　**11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Mgr. of **NRG San Antonio Dev. LLC, G.P** _____ of the _____**Partnership**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **10/5/2015**　　　　　　　　　　　　Signature:　/s/ Mary Hatcher
　　　　　　　　　　　　　　　　　　　　　　　　　*Mary Hatcher, Manager*
　　　　　　　　　　　　　　　　　　　　　　　　　**NRG San Antonio Dev. LLC, G.P of Debtor**