UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVIDSON

| | | |
|---|---|---|
| IN RE: | § § | |
| FPMC SAN ANTONIO REALTY PARTNERS, LP, | § § § | CASE NO. 15-52462-cag-11 |
| | § § | CHAPER 11 |
| DEBTOR. | § | |

NOTICE OF APPEARANCE PURSUANT TO
BANKRUPTCY RULE 9010(b) AND REQUEST FOR ALL COPIES
PURSUANT TO BANKRUPTCY RULE 2002

Texas Capital Bank, N.A. ("*Texas Capital*") as Administrative Agent and Lender, a creditor and party-in-interest herein, regarding the above-names Debtor, hereby request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following:

> J. Mark Chevallier
> James G. Rea
> McGUIRE, CRADDOCK & STROTHER, P.C.
> 2501 N. Harwood, Suite 1800
> Dallas, TX 75201
> (214) 954-6800 Telephone
> (214) 954-6850 Facsimile
> Email: mchevallier@mcslaw.com
> Email: jrea@mcslaw.com

This request encompasses all notices, copies and pleadings referred to in Title 11, United States Code, or in Rules 2002, 3017(a), 9007, or 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), including, without limitation, Orders, Motions, Demands, Complaints, Petitions, Pleadings or Requests, Applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or

conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affects or seeks to affect the above case.

DATED: October 6, 2015

>Respectfully submitted,
>
>/s/James G. Rea [10/06/15]
>**J. MARK CHEVALLIER**
>Texas State Bar No. 04189170
>**JAMES G. REA**
>Texas State Bar No. 24051234
>**MCGUIRE, CRADDOCK & STROTHER, P.C.**
>2501 North Harwood, Suite 1800
>Dallas, Texas 75201
>(214) 954-6807 – Telephone
>(214) 954-6850 – Telecopier
>mchevallier@mcslaw.com
>jrea@mcslaw.com
>**COUNSEL FOR TEXAS CAPITAL BANK, N.A.**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing was served via electronic mail or U.S. First Class mail, postage prepaid on October 6, 2015 on the following parties:

Raymond W. Battaglia
Law Offices of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX 78218
210.601.9405
rbattaglialaw@outlook.com
**PROPOSED ATTORNEYS FOR THE DEBTOR
AND DEBTOR IN POSSESSION**

United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
PO Box 1539
San Antonio, TX 78295-1539

and the attached Service List.

                                                        /s/James G. Rea  [10/06/15]
                                                        **James G. Rea**

FPMC San Antonio
Realty Partners, LP
Case Number: 15-52462-cag

FPMC San Antonio Realty Partners, LP
c/o Mary Hatcher
3030 Olive Street, Suite 220
Dallas, TX 75219-7639

U.S. BANKRUPTCY COURT
615 E. HOUSTON STREET,
ROOM 597
SAN ANTONIO, TX 78205-2055

Acme Safe & Lock Company
138 Kenley Pl.
San Antonio, TX 78232-3713

Alamo Handyman, LLC
PO Box 681892
San Antonio, TX 78268-1892

Andrew Zaragoza
525 Oak Ctr, Ste 240
San Antonio, TX 78258-3916

Bexar County Tax Assessor
Collector
P.O. Box 2903
San Antonio, TX 78299-2903

CPS Energy
PO Box 2678
San Antonio, TX 78289-0001

DFW Maintenance
101 St. Louis Avenue
Fort Worth, TX 76104-1229

DMI Technologies
14900 Grand River Rd. Suite 100
Fort Worth, TX 76155-2749

Dr. Siraj Sayeed
5510-B Presidio Parkway
San Antonio, TX 78249-3230

Drash Contracting Company
1045 Central Parkway N., Suite 101
San Antonio, TX 78232-5086

Eye Protection Systems
undeliverable

Forest Park Medical Center at San
Antonio
Central Expressway Suite #440
Dallas, TX 75243

Fresenius
920 Winter Street
Attn: Legal Department
Waltham, MA 02451-1519

Gilbert Aguilar
525 Oak Ctr, Ste 240
San Antonio, TX 78258-3916

ICON Ecological Solutions
5432 Bridgeport Rd
McKinney, TX 75071-4987

Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346

J.W. Dielmann, Inc.
4019 Stahl Road, Suite 118
San Antonio, TX 78217-1669

KNJ Graphix
2201 Long Prairie Rd, Ste 107/163
Flower Mound, TX 75022-4832

Lincoln Harris
6688 N Central Expwy, #300
Dallas, TX 75206-3951

Mutual Sprinklers
12000 Crownpoint, Suite 175
San Antonio, TX 78233-5398

NRG Property Management
3030 Olive Street, Suite 220
Dallas, Texas 75219-7639

San Antonio Water System
PO Box 2990
San Antonio, TX 78299-2990

Susan Cipione   [DUPE]
McGuire, Craddock & Strother
2501 N. Harwood, Suite 1800
Dallas, TX 75201-1613

Susan Cipione
McGuire, Craddock & Strother
Attys for Texas Capital Bank
2501 N. Harwood, Suite 1800
Dallas, TX 75201-1613

Texas Capital Bank, NA
Bruce A. Shilcutt
2000 McKinney Avenue, Suite 500
Dallas, TX 75201-1954

ThyssenKrup Elevator Americas
3660 Thousand Oaks, Suite 210
San Antonio, TX 78247-3126

Time Warner Cable
Box 60074
City of Industry, CA 91716-0074

Trane U.S.
undeliverable

Travelers
    undeliverable

United States Trustee - SA12   **[ECF MAIL]**
US Trustee's Office
615 E Houston, Suite 533
PO Box 1539
San Antonio, TX 78295-1539

Waste Management
PO Box 660345
Dallas, TX 75266-0345

Raymond W. Battaglia   **[ECF MAIL]**
Law Offices of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX 78218-3010