**B9F ALT (Official Form 9F ALT)** (Chapter 11 Corporation/Partnership Asset Case) (12/12)      Case Number **15–52462–cag**

# UNITED STATES BANKRUPTCY COURT
### Western District of Texas

## Order Combined With Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on 10/6/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations.**

| | |
|---|---|
| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>FPMC San Antonio Realty Partners, LP<br>c/o Mary Hatcher<br>3030 Olive Street, Suite 220<br>Dallas, TX 75219 | |
| Case Number:<br>15–52462–cag | Last four digits of Social Security or Individual Taxpayer ID (ITIN) No(s)./Complete EIN:<br>45–3723948 |
| Attorney for Debtor(s) (name and address):<br>Raymond W. Battaglia<br>Law Offices of Ray Battaglia, PLLC<br>66 Granburg Circle<br>San Antonio, TX 78218<br>Telephone number:  210.601.9405 | |

## Meeting of Creditors:

Date:      **November 2, 2015**                    Time:      **08:30 AM**
Location:  **San Antonio Room 333, U.S. Post Office Bldg., 615 E. Houston St., San Antonio, TX 78205**

## Deadlines to File a Proof of Claim:

Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:

For all creditors (except a governmental unit):  **2/1/16**
For a governmental unit: *not later than 180 days after the date of the order for relief.*

**Creditor with a Foreign Address**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>United States Bankruptcy Court<br>615 E. HOUSTON STREET, ROOM 597<br>SAN ANTONIO, TX 78205<br><br>    Telephone number:  (210) 472–6720 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Yvette M. Taylor<br><br>*Yvette M Taylor* |
| Hours Open:  Monday – Friday      8:00 AM – 4:00 PM | Date:      10/7/15 |

## EXPLANATIONS

FORM B9F(Alt.)(12/12)

| | |
|---|---|
| **Filing of Chapter 11 Bankruptcy Case** | A bankruptcy case under chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| **Creditors Generally May Not Take Certain Actions** | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| **Meeting of Creditors** | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor or debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. At the meeting, the creditors may elect a trustee other than the one named on this notice, examine the debtor, and transact such other business as may properly come before the meeting. The meeting may be continued and concluded at a later date specified in a notice filed with the court. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. **FAILURE OF THE DEBTOR OR HIS ATTORNEY TO APPEAR AT THE SECTION 341(a) MEETING OR TO TIMELY FILE SCHEDULES AND STATEMENT OF AFFAIRS MAY RESULT IN DISMISSAL, DENIAL OF THE DEBTOR'S DISCHARGE, OR OTHER APPROPRIATE RELIEF.** |
| **Claims** | A Proof of Claim is a signed statement describing a creditor's claim. You can file a claim (without needing a B10 form) using the court's Online Claim Filing System located on the Bankruptcy Court's Website: http://www.txwb.uscourts.gov or you may obtain an official B10 Proof of Claim form at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you file a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, or you might not be paid any money on your claim against the debtor in the bankruptcy case. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Pursuant to Local Rule 3002(a)&(b) proof of claim or proof of interest shall be filed in duplicate, complete with attachments. A copy with attachments shall be served on the debtor's attorney or on the debtor if pro se. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| **Discharge of Debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code §1141(d). A discharge means that you may never try to collect the debt from the debtor except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code &sect; 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline. |
| **Bankruptcy Clerk's Office** | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. Registered electronic users should file through our *Case Management/Electronic Case Files (CM/ECF)* Internet site (https://ecf.txwb.uscourts.gov/). You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office or via the Internet if you have a *CM/ECF PACER subscription*. |
| **Creditor with a Foreign Address** | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## –– Refer to Other Side for Important Deadlines and Notices ––

United States Bankruptcy Court
Western District of Texas

In re:                                                                    Case No. 15-52462-cag
FPMC San Antonio Realty Partners, LP                                      Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0542-5            User: rodriguez          Page 1 of 2            Date Rcvd: Oct 07, 2015
                               Form ID: B9F             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 09, 2015.
db              +FPMC San Antonio Realty Partners, LP,   c/o Mary Hatcher,   3030 Olive Street, Suite 220,
                 Dallas, TX 75219-7639
aty             +J. Mark Chevallier,   McGuire Craddock & Strother, PC,   2501 N Harwood St, Suite 1800,
                 Dallas, TX 75201-1613
aty             +James Griffin Rea,   McGuire, Craddock & Strother, P.C.,   2501 N. Harwood, Suite 1800,
                 Dallas, TX 75201-1613
16559028        +Acme Safe & Lock Company,   138 Kenley Pl.,  San Antonio, TX 78232-3713
16559029        +Alamo Handyman, LLC,   PO Box 681892,  San Antonio, TX 78268-1892
16559030        +Andrew Zaragoza,   525 Oak Ctr, Ste 240,  San Antonio, TX 78258-3916
16559031         Bexar County Tax Assessor Collector,   P.O. Box 2903,  San Antonio, TX 78299-2903
16559033        +DFW Maintenance,   101 St. Louis Avenue,  Fort Worth, TX 76104-1229
16559034        +DMI Technologies,   14900 Grand River Rd. Suite 100,  Fort Worth, TX 76155-2749
16559035        +Dr. Siraj Sayeed,   5510-B Presidio Parkway,  San Antonio, TX 78249-3230
16559036        +Drash Contracting Company,   1045 Central Parkway N., Suite 101,  San Antonio, TX 78232-5086
16559038         Forest Park Medical Center at San Antoni,   Central Expressway Suite #440,  Dallas, TX 75243
16559039        +Fresenius,   920 Winter Street,   Attn: Legal Department,  Waltham, MA 02451-1519
16559040        +Gilbert Aguilar,   525 Oak Ctr, Ste 240,  San Antonio, TX 78258-3916
16559041        +ICON Ecological Solutions,   5432 Bridgeport Rd,  McKinney, TX 75071-4987
16559043        +J.W. Dielmann, Inc.,   4019 Stahl Road, Suite 118,  San Antonio, TX 78217-1669
16559044        +KNJ Graphix,   2201 Long Prairie Rd, Ste 107/163,  Flower Mound, TX 75022-4832
16559045        +Lincoln Harris,   6688 N Central Expwy, #300,  Dallas, TX 75206-3951
16559046        +Mutual Sprinklers,   12000 Crownpoint, Suite 175,  San Antonio, TX 78233-5398
16559047        +NRG Property Management,   3030 Olive Street, Suite 220,  Dallas, Texas 75219-7639
16559048        +San Antonio Water System,   PO Box 2990,  San Antonio, TX 78299-2990
16559049        +Susan Cipione,   McGuire, Craddock & Strother,   2501 N. Harwood, Suite 1800,
                 Dallas, TX 75201-1613
16559050        +Susan Cipione,   McGuire, Craddock & Strother,   Attys for Texas Capital Bank,
                 2501 N. Harwood, Suite 1800,  Dallas, TX 75201-1613
16559520        +Texas Capital Bank, N.A.,   c/o J. Mark Chevallier, Esq.,   McGuire, Craddock & Strother, P.C.,
                 2501 N. Harwood, Suite 1800,  Dallas, TX 75201-1613
16559521        +Texas Capital Bank, N.A.,   c/o James G. Rea, Esq.,   McGuire, Craddock & Strother, P.C.,
                 2501 N. Harwood, Suite 1800,  Dallas, TX 75201-1613
16559051        +Texas Capital Bank, NA,   Bruce A. Shilcutt,   2000 McKinney Avenue, Suite 500,
                 Dallas, TX 75201-1954
16559052        +ThyssenKrup Elevator Americas,   3660 Thousand Oaks, Suite 210,  San Antonio, TX 78247-3126
16559056        +Waste Management,   PO Box 660345,  Dallas, TX 75266-0345

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty              E-mail/Text: rbattaglialaw@outlook.com Oct 08 2015 00:06:44    Raymond W. Battaglia,
                 Law Offices of Ray Battaglia, PLLC,   66 Granburg Circle,  San Antonio, TX  78218
ust              E-mail/Text: USTPRegion07.sn.bnc@usdoj.gov Oct 08 2015 00:07:33
                 United States Trustee - SA12,   US Trustee's Office,   615 E Houston, Suite 533,   PO Box 1539,
                 San Antonio, TX  78295-1539
16559032        +E-mail/Text: bankruptcy@cpsenergy.com Oct 08 2015 00:07:50    CPS Energy,   PO Box 2678,
                 San Antonio, TX 78289-0001
16559042         EDI: IRS.COM Oct 07 2015 23:43:00    Internal Revenue Service,   Centralized Insolvency Office,
                 P.O. Box 7346,  Philadelphia, PA 19101-7346
16559053        +E-mail/Text: dolores.futrell@twcable.com Oct 08 2015 00:08:48    Time Warner Cable,
                 Box 60074,  City of Industry, CA 91716-0074
                                                                                         TOTAL: 5

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Texas Capital Bank, N.A.
16559037         Eye Protection Systems
16559054         Trane U.S.
16559055         Travelers
                                                                          TOTALS: 4, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2015                          Signature:  /s/Joseph Speetjens

District/off: 0542-5          User: rodriguez          Page 2 of 2          Date Rcvd: Oct 07, 2015
                             Form ID: B9F              Total Noticed: 33

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2015 at the address(es) listed below:

      J. Mark Chevallier   on behalf of Creditor   Texas Capital Bank, N.A. mchevallier@mcslaw.com
      James Griffin Rea   on behalf of Creditor   Texas Capital Bank, N.A. jrea@mcslaw.com
      Raymond W. Battaglia   on behalf of Debtor   FPMC San Antonio Realty Partners, LP
       rbattaglialaw@outlook.com
      United States Trustee - SA12   USTPRegion07.SN.ECF@usdoj.gov
                                                         TOTAL: 4