# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 15-52462-cag-11 |
| FMPC SAN ANTONIO REALTY PARTNERS, LP | ) | |
| EIN: 45-3723948 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## ENTRY OF APPEARANCE REQUEST FOR NOTICES AND RESERVATION OF RIGHTS

PURSUANT TO Fed. R. Bankr. P. 9010, Lisa K. Shimel of Shapiro & Barber LLP, hereby enters her appearance on behalf of Centennial Bank ("Party in Interest") and hereby requests, pursuant to Bankruptcy Rules 2002 and 9007, and Sections 102(1) and 342 of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

Lisa K. Shimel
Bieging Shapiro & Barber LLP
4582 South Ulster Street Parkway, Suite 1650
Denver, Colorado  80237
Telephone:  (720) 488-0220
Facsimile:  (720) 488-7711
E-mail: lshimel@bsblawyers.com

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, motions, objections, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise which affect or seek to affect, in any way, any rights or interest of Party in Interest.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive (i) Party in Interest's rights to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) Party in Interest's rights to trial by a jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) Party in Interest's right to have a reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims actions, defenses, setoffs, or recoupments to which Party in Interest is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments these parties expressly reserve.

Dated: October 13, 2015.

                                      BIEGING SHAPIRO & BARBER LLP

By: /s/ Lisa K. Shimel
    Lisa K. Shimel, #13466
4582 South Ulster St. Parkway, Suite 1650
Denver, CO 80237
Tel: (720) 488-0220
Fax: (720) 488-7711
E-mail: dbarber@bsblawyers.com
*Counsel for Centennial Bank*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on October 13, 2015, I caused to be served by prepaid first class mail a true and correct copy of the foregoing **ENTRY OF APPEARANCE, REQUEST FOR NOTICES AND RESERVATION OF RIGHTS** on the interested parties contained on the attached list, which is a copy from case Mailing Matrix obtained from PACER.

                                                          /s/ Duncan E. Barber

398570

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-5<br>Case 15-52462-cag<br>Western District of Texas<br>San Antonio<br>Tue Oct 13 15:10:07 CDT 2015 | FPMC San Antonio Realty Partners, LP<br>c/o Mary Hatcher<br>3030 Olive Street, Suite 220<br>Dallas, TX 75219-7639 | United States Trustee (SMG511)<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 |
| U.S. BANKRUPTCY COURT<br>615 E. HOUSTON STREET, ROOM 597<br>SAN ANTONIO, TX 78205-2055 | Acme Safe & Lock Company<br>138 Kenley Pl.<br>San Antonio, TX 78232-3713 | Alamo Handyman, LLC<br>PO Box 681892<br>San Antonio, TX 78268-1892 |
| Andrew Zaragoza<br>525 Oak Ctr, Ste 240<br>San Antonio, TX 78258-3916 | Bexar County Tax Assessor Collector<br>P.O. Box 2903<br>San Antonio, TX 78299-2903 | CPS Energy<br>PO Box 2678<br>San Antonio, TX 78289-0001 |
| DFW Maintenance<br>101 St. Louis Avenue<br>Fort Worth, TX 76104-1229 | DMI Technologies<br>14900 Grand River Rd. Suite 100<br>Fort Worth, TX 76155-2749 | Dr. Siraj Sayeed<br>5510-B Presidio Parkway<br>San Antonio, TX 78249-3230 |
| Drash Contracting Company<br>1045 Central Parkway N., Suite 101<br>San Antonio, TX 78232-5086 | Forest Park Medical Center at San Antoni<br>Central Expressway Suite #440<br>Dallas, TX 75243 | Fresenius<br>920 Winter Street<br>Attn: Legal Department<br>Waltham, MA 02451-1519 |
| Gilbert Aguilar<br>525 Oak Ctr, Ste 240<br>San Antonio, TX 78258-3916 | ICON Ecological Solutions<br>5432 Bridgeport Rd<br>McKinney, TX 75071-4987 | Internal Revenue Service<br>Centralized Insolvency Office<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| J.W. Dielmann, Inc.<br>4019 Stahl Road, Suite 118<br>San Antonio, TX 78217-1669 | KNJ Graphix<br>2201 Long Prairie Rd, Ste 107/163<br>Flower Mound, TX 75022-4832 | Lincoln Harris<br>6688 N Central Expwy, #300<br>Dallas, TX 75206-3951 |
| Mutual Sprinklers<br>12000 Crownpoint, Suite 175<br>San Antonio, TX 78233-5398 | NRG Property Management<br>3030 Olive Street, Suite 220<br>Dallas, Texas 75219-7639 | San Antonio Water System<br>PO Box 2990<br>San Antonio, TX 78299-2990 |
| Susan Cipione<br>McGuire, Craddock & Strother<br>2501 N. Harwood, Suite 1800<br>Dallas, TX 75201-1613 | Susan Cipione<br>McGuire, Craddock & Strother<br>Attys for Texas Capital Bank<br>2501 N. Harwood, Suite 1800<br>Dallas, TX 75201-1613 | Texas Capital Bank, N.A.<br>c/o J. Mark Chevallier, Esq.<br>McGuire, Craddock & Strother, P.C.<br>2501 N. Harwood, Suite 1800<br>Dallas, TX 75201-1613 |
| Texas Capital Bank, N.A.<br>c/o James G. Rea, Esq.<br>McGuire, Craddock & Strother, P.C.<br>2501 N. Harwood, Suite 1800<br>Dallas, TX 75201-1613 | Texas Capital Bank, NA<br>Bruce A. Shilcutt<br>2000 McKinney Avenue, Suite 500<br>Dallas, TX 75201-1954 | ThyssenKrup Elevator Americas<br>3660 Thousand Oaks, Suite 210<br>San Antonio, TX 78247-3126 |

| | | |
|---|---|---|
| Time Warner Cable<br>Box 60074<br>City of Industry, CA 91716-0074 | United States Trustee - SA12<br>US Trustee's Office<br>615 E Houston, Suite 533<br>PO Box 1539<br>San Antonio, TX 78295-1539 | Waste Management<br>PO Box 660345<br>Dallas, TX 75266-0345 |
| Raymond W. Battaglia<br>Law Offices of Ray Battaglia, PLLC<br>66 Granburg Circle<br>San Antonio, TX 78218-3010 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Eye Protection Systems | (u)Trane U.S. | (u)Travelers |

End of Label Matrix
Mailable recipients    33
Bypassed recipients     3
Total                  36