UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: § | | CASE NO. 15-52462 |
| FPMC SAN ANTONIO REALTY PARTNERS, LP § | | |
| DEBTORS(S), § | | CHAPTER 11 |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**BEXAR COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on <u>13th</u> day of <u>October, 2015</u>, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

RAYMOND W. BATTAGLIA  
LAW OFFICES OF RAY BATTAGLIA, PLLC  
66 GRANBURG CIRCLE  
SAN ANTIONIO, TX 78218  

US TRUSTEE'S OFFICE-SA12  
615 E. HOUSTON, SUITE 533  
P.O BOX 1539  
SAN ANTONIO, TX 78295  

        LINEBARGER GOGGAN BLAIR & SAMPSON, LLP  
        711 Navarro Street, Ste 300  
        SAN ANTONIO, TX 78205  
        Telephone: (210) 225-6763  
        Facsimile: (210) 225-6410  
        Email: sanantonio.bankruptcy@publicans.com  

        By: /s/ Don Stecker  
        Don Stecker  
        SBN: 19095300 TX