# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 15−52462−cag  
Chapter No.: 11  
Judge: Craig A. Gargotta

IN RE: **FPMC San Antonio Realty Partners, LP** ,  
Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

- at    S.A. Courtroom 3, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

- on    **11/4/15 at 09:00 AM**

Hearing to Consider and Act Upon the Following: (IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E−MAIL LISA ELIZONDO AT: lisa_elizondo@txwb.uscourts.gov) (Related Document(s): 15 Motion to Waive Appointment of Patient Care Ombudsman filed by Raymond W. Battaglia for Debtor FPMC San Antonio Realty Partners, LP (Attachments: # 1 Proposed Order)) Hearing Scheduled For 11/4/2015 at 09:00 AM at SA Courtroom 3 (Gutierrez, Joyce)

Dated: 10/16/15

Yvette M. Taylor  
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)] [NtchrgBKapac]