# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 15–52462–cag
Chapter No.: 11
Judge: Craig A. Gargotta

IN RE: **FPMC San Antonio Realty Partners, LP** ,
Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

    at    S.A. Courtroom 3, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

    on    **11/4/15 at 09:00 AM**

Hearing to Consider and Act Upon the Following: (IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E–MAIL LISA ELIZONDO AT: lisa_elizondo@txwb.uscourts.gov) (Related Document(s): 15 Motion to Waive Appointment of Patient Care Ombudsman filed by Raymond W. Battaglia for Debtor FPMC San Antonio Realty Partners, LP (Attachments: # 1 Proposed Order)) Hearing Scheduled For 11/4/2015 at 09:00 AM at SA Courtroom 3 (Gutierrez, Joyce)

Dated: 10/16/15

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKapac]

United States Bankruptcy Court
Western District of Texas

In re:                                                                                                          Case No. 15-52462-cag
FPMC San Antonio Realty Partners, LP                                   Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-5         User: gutierrez           Page 1 of 2           Date Rcvd: Oct 16, 2015
                            Form ID: 134            Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2015.
```
db          +FPMC San Antonio Realty Partners, LP,    c/o Mary Hatcher,    3030 Olive Street, Suite 220,
              Dallas, TX 75219-7639
16559028    +Acme Safe & Lock Company,    138 Kenley Pl.,    San Antonio, TX 78232-3713
16559029    +Alamo Handyman, LLC,    PO Box 681892,    San Antonio, TX 78268-1892
16559030    +Andrew Zaragoza,    525 Oak Ctr, Ste 240,    San Antonio, TX 78258-3916
16565003    +Bexar County,    c/o Don Stecker,    711 Navarro, Suite 300,    San Antonio, TX 78205-1749
16559031     Bexar County Tax Assessor Collector,    P.O. Box 2903,    San Antonio, TX 78299-2903
16564997    +Centennial Bank,    c/o Duncan E. Barber,    Bieging Shapiro & Barber LLP,
              4582 S. Ulster St. Pkwy, Suite 1650,    Denver, CO 80237-2686
16559033    +DFW Maintenance,    101 St. Louis Avenue,    Fort Worth, TX 76104-1229
16559034    +DMI Technologies,    14900 Grand River Rd. Suite 100,    Fort Worth, TX 76155-2749
16559035    +Dr. Siraj Sayeed,    5510-B Presidio Parkway,    San Antonio, TX 78249-3230
16559036    +Drash Contracting Company,    1045 Central Parkway N., Suite 101,    San Antonio, TX 78232-5086
16559038     Forest Park Medical Center at San Antoni,    Central Expressway Suite #440,    Dallas, TX 75243
16559039    +Fresenius,    920 Winter Street,    Attn: Legal Department,    Waltham, MA 02451-1519
16559040    +Gilbert Aguilar,    525 Oak Ctr, Ste 240,    San Antonio, TX 78258-3916
16559041    +ICON Ecological Solutions,    5432 Bridgeport Rd,    McKinney, TX 75071-4987
16559043    +J.W. Dielmann, Inc.,    4019 Stahl Road, Suite 118,    San Antonio, TX 78217-1669
16559044    +KNJ Graphix,    2201 Long Prairie Rd, Ste 107/163,    Flower Mound, TX 75022-4832
16559045    +Lincoln Harris,    6688 N Central Expwy, #300,    Dallas, TX 75206-3951
16559046    +Mutual Sprinklers,    12000 Crownpoint, Suite 175,    San Antonio, TX 78233-5398
16559047    +NRG Property Management,    3030 Olive Street, Suite 220,    Dallas, Texas 75219-7639
16559048    +San Antonio Water System,    PO Box 2990,    San Antonio, TX 78299-2990
16559049    +Susan Cipione,    McGuire, Craddock & Strother,    2501 N. Harwood, Suite 1800,
              Dallas, TX 75201-1613
16559050    +Susan Cipione,    McGuire, Craddock & Strother,    Attys for Texas Capital Bank,
              2501 N. Harwood, Suite 1800,    Dallas, TX 75201-1613
16559520    +Texas Capital Bank, N.A.,    c/o J. Mark Chevallier, Esq.,    McGuire, Craddock & Strother, P.C.,
              2501 N. Harwood, Suite 1800,    Dallas, TX 75201-1613
16559521    +Texas Capital Bank, N.A.,    c/o James G. Rea, Esq.,    McGuire, Craddock & Strother, P.C.,
              2501 N. Harwood, Suite 1800,    Dallas, TX 75201-1613
16559051    +Texas Capital Bank, NA,    Bruce A. Shilcutt,    2000 McKinney Avenue, Suite 500,
              Dallas, TX 75201-1954
16559052    +ThyssenKrup Elevator Americas,    3660 Thousand Oaks, Suite 210,    San Antonio, TX 78247-3126
16559056    +Waste Management,    PO Box 660345,    Dallas, TX 75266-0345
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16559032     +E-mail/Text: bankruptcy@cpsenergy.com Oct 16 2015 23:26:15      CPS Energy,    PO Box 2678,
               San Antonio, TX 78289-0001
16564996     +E-mail/Text: lshimel@bsblawyers.com Oct 16 2015 23:26:58      Centennial Bank,
               c/o Lisa K. Shimel,    Bieging Shapiro & Barber LLP,    4582 S. Ulster St. Pkwy, Suite 1650,
               Denver, CO 80237-2686
16559042      E-mail/Text: cio.bncmail@irs.gov Oct 16 2015 23:25:56      Internal Revenue Service,
               Centralized Insolvency Office,    P.O. Box 7346,    Philadelphia, PA 19101-7346
16559053     +E-mail/Text: dolores.futrell@twcable.com Oct 16 2015 23:26:56      Time Warner Cable,
               Box 60074,    City of Industry, CA 91716-0074
                                                                                              TOTAL: 4
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16559037      Eye Protection Systems
16559054      Trane U.S.
16559055      Travelers
16565004*    +Bexar County,    c/o Don Stecker,    711 Navarro, Suite 300,    San Antonio, TX 78205-1749
16565006*    +Bexar County,    c/o Don Stecker,    711 Navarro, Suite 300,    San Antonio, TX 78205-1749
16565007*    +Bexar County,    c/o Don Stecker,    711 Navarro, Suite 300,    San Antonio, TX 78205-1749
                                                                                   TOTALS: 3, * 3, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2015                                                                      Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2015 at the address(es) listed below:

    Donald P. Stecker   on behalf of Creditor   Bexar County don.stecker@lgbs.com
    Duncan E Barber   on behalf of Interested Party   Centennial Bank dbarber@bsblawyers.com, mal@bsblawyers.com
    J. Mark Chevallier   on behalf of Creditor   Texas Capital Bank, N.A. mchevallier@mcslaw.com
    James Griffin Rea   on behalf of Creditor   Texas Capital Bank, N.A. jrea@mcslaw.com
    Lisa K Shimel   on behalf of Interested Party   Centennial Bank lshimel@bsblawyers.com, kjones@bsblawyers.com
    Raymond W. Battaglia   on behalf of Debtor   FPMC San Antonio Realty Partners, LP rbattaglialaw@outlook.com
    United States Trustee - SA12   USTPRegion07.SN.ECF@usdoj.gov

                                TOTAL: 7