# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | BANKRUPTCY NO. 15-52462-CAG |
| FPMC SAN ANTONIO REALTY | § | |
| PARTNERS, LP, | § | CHAPTER 11 PROCEEDING |
| | § | |
| DEBTOR | § | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2015, the undersigned caused a true and correct copy of the following documents to be served electronically upon those parties entitled to receive service via ECF notifications in the above-captioned bankruptcy case, and by first class mail on the parties listed on the attached Service List:

    1. Debtor's Emergency Motion for Entry of Interim and Final Orders (i) Authorizing Debtor to (A) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and (B) Use Cash Collateral Pursuant to 11 U.S.C. § 363, (ii) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, And 364, and (iii) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) [Dkt. 19];

    2. Debtor's Amended Application For Order Pursuant To Bankruptcy Code Sections 327(A) And 328 Authorizing Employment And Retention Of CBRE, Inc. As Real Estate Broker for the Debtor Effective As Of the Petition Date [Dkt. 13];

    3. Debtor's Motion for Order (i) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (ii) Establishing Procedures For Resolving Demands by Utility Companies For Adequate Assurance of Payment, and (iii) Scheduling a Hearing to Consider Adequate Assurance of Payment Requests [Dkt. 21];

    4. Debtor's Motion to Waive Appointment of a Patient Care Ombudsman [Dkt. 15];

    5. Debtor's Motion to Extend Time to File Schedules and Statements of Financial Affairs [Dkt. 25]; and

    6. Debtor's Motion for an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Case Professionals [Dkt. 28].

    7. Notice of Hearings on the above matters;

Respectfully submitted this the 21st day of October, 2015.

                              THE LAW OFFICES OF RAY BATTAGLIA, PLLC.
                              66 Granburg Circle
                              San Antonio, Texas 78218
                              Telephone (210) 601-9405
                              Email: rbattaglialaw@outlook.com

By: */s/ Raymond W. Battaglia*
      Raymond W. Battaglia
      Texas Bar No. 01918055

ATTORNEYS FOR FPMC SAN ANTONIO REALTY PARTNERS, LP

**CERTIFICATE OF SERVICE**

     A true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system, as set forth below. I further certify that it has been transmitted by first class mail to the parties on the attached service list

                                          */s/ Raymond W. Battaglia*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-5<br>Case 15-52462-cag<br>Western District of Texas<br>San Antonio<br>Wed Oct 21 14:07:20 CDT 2015 | ~~FPMC San Antonio Realty Partners, LP~~<br>~~c/o Mary Hatcher~~<br>~~3030 Olive Street, Suite 220~~<br>~~Dallas, TX 75219-7639~~ | ~~U.S. BANKRUPTCY COURT~~<br>~~615 E. HOUSTON STREET, ROOM 597~~<br>~~SAN ANTONIO, TX 78205-2055~~ |
| Acme Safe & Lock Company<br>138 Kenley Pl.<br>San Antonio, TX 78232-3713 | Alamo Handyman, LLC<br>PO Box 681892<br>San Antonio, TX 78268-1892 | Andrew Zaragoza<br>525 Oak Ctr, Ste 240<br>San Antonio, TX 78258-3916 |
| Bexar County<br>c/o Don Stecker<br>711 Navarro, Suite 300<br>San Antonio, TX 78205-1749 | Bexar County Tax Assessor Collector<br>P.O. Box 2903<br>San Antonio, TX 78299-2903 | CPS Energy<br>PO Box 2678<br>San Antonio, TX 78289-0001 |
| Centennial Bank<br>c/o Duncan E. Barber<br>Bieging Shapiro & Barber LLP<br>4582 S. Ulster St. Pkwy, Suite 1650<br>Denver, CO 80237-2686 | Centennial Bank<br>c/o Lisa K. Shimel<br>Bieging Shapiro & Barber LLP<br>4582 S. Ulster St. Pkwy, Suite 1650<br>Denver, CO 80237-2686 | DFW Maintenance<br>101 St. Louis Avenue<br>Fort Worth, TX 76104-1229 |
| DMI Technologies<br>14900 Grand River Rd. Suite 100<br>Fort Worth, TX 76155-2749 | Dr. Siraj Sayeed<br>5510-B Presidio Parkway<br>San Antonio, TX 78249-3230 | Drash Contracting Company<br>1045 Central Parkway N., Suite 101<br>San Antonio, TX 78232-5086 |
| Forest Park I and II LLC<br>c/o Brent McIlwain<br>Holland & Knight LLP<br>200 Crescent Court, Ste 1600<br>Dallas, TX 75201-1829 | Forest Park Medical Center at San Antoni<br>Central Expressway Suite #440<br>Dallas, TX 75243 | Fresenius<br>920 Winter Street<br>Attn: Legal Department<br>Waltham, MA 02451-1519 |
| Gilbert Aguilar<br>525 Oak Ctr, Ste 240<br>San Antonio, TX 78258-3916 | ICON Ecological Solutions<br>5432 Bridgeport Rd<br>McKinney, TX 75071-4987 | Internal Revenue Service<br>Centralized Insolvency Office<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| J.W. Dielmann, Inc.<br>4019 Stahl Road, Suite 118<br>San Antonio, TX 78217-1669 | KNJ Graphix<br>2201 Long Prairie Rd, Ste 107/163<br>Flower Mound, TX 75022-4832 | Lincoln Harris<br>6688 N Central Expwy, #300<br>Dallas, TX 75206-3951 |
| Mutual Sprinklers<br>12000 Crownpoint, Suite 175<br>San Antonio, TX 78233-5398 | NRG Property Management<br>3030 Olive Street, Suite 220<br>Dallas, Texas 75219-7639 | San Antonio Water System<br>PO Box 2990<br>San Antonio, TX 78299-2990 |
| Susan Cipione<br>McGuire, Craddock & Strother<br>2501 N. Harwood, Suite 1800<br>Dallas, TX 75201-1613 | Susan Cipione<br>McGuire, Craddock & Strother<br>Attys for Texas Capital Bank<br>2501 N. Harwood, Suite 1800<br>Dallas, TX 75201-1613 | Texas Capital Bank, N.A.<br>c/o J. Mark Chevallier, Esq.<br>McGuire, Craddock & Strother, P.C.<br>2501 N. Harwood, Suite 1800<br>Dallas, TX 75201-1613 |

| Texas Capital Bank, N.A.<br>c/o James G. Rea, Esq.<br>McGuire, Craddock & Strother, P.C.<br>2501 N. Harwood, Suite 1800<br>Dallas, TX 75201-1613 | Texas Capital Bank, NA<br>Bruce A. Shilcutt<br>2000 McKinney Avenue, Suite 500<br>Dallas, TX 75201-1954 | ThyssenKrup Elevator Americas<br>3660 Thousand Oaks, Suite 210<br>San Antonio, TX 78247-3126 |
|---|---|---|
| Time Warner Cable<br>Box 60074<br>City of Industry, CA 91716-0074 | United States Trustee - SA12<br>US Trustee's Office<br>615 E Houston, Suite 533<br>PO Box 1539<br>San Antonio, TX 78295-1539 | Waste Management<br>PO Box 660345<br>Dallas, TX 75266-0345 |
| ~~Raymond W. Battaglia~~<br>~~Law Offices of Ray Battaglia, PLLC~~<br>~~66 Granburg Circle~~<br>~~San Antonio, TX 78218-3010~~ | | |


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


| (u)Eye Protection Systems | (u)Trane U.S. | (u)Travelers |
|---|---|---|


End of Label Matrix
Mailable recipients    36
Bypassed recipients     3
Total                  39