

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 21, 2015**

_Craig A. Gargotta_

_____

**CRAIG A. GARGOTTA**
**UNITED STATES BANKRUPTCY JUDGE**
_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | BANKRUPTCY NO. 15-52462-CAG |
| FPMC SAN ANTONIO REALTY | § | |
| PARTNERS, LP, | § | CHAPTER 11 PROCEEDING |
| | § | |
| DEBTOR | § | |

**ORDER GRANTING MOTION OF FPMC SAN ANTONIO REALTY PARTNERS, LP, FOR EXPEDITED HEARING ON DEBTOR'S MOTION FOR EXPEDITED HEARING ON DEBTOR'S MOTION FOR ORDER (I) PROHIBITING UTILITY COMPANIES FROM ALTERING OR DISCONTINUING SERVICE ON ACCOUNT OF PREPETITION INVOICES, (II) ESTABLISHING PROCEDURES FOR RESOLVING DEMANDS BY UTILITY COMPANIES FOR ADEQUATE ASSURANCE OF PAYMENT, AND (III) SCHEDULING A HEARING TO CONSIDER ADEQUATE <u>ASSURANCE OF PAYMENT REQUESTS</u>**

**<u>[DOCKET NO 21]</u>**

On this date came on for consideration the Motion filed by FPMC San Antonio Realty

Partners, LP, ("Movant") requesting an expedited hearing on the Debtor's Motion for Order (i)

1

Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (ii) Establishing Procedures For Resolving Demands by Utility Companies For Adequate Assurance of Payment, and (iii) Scheduling a Hearing to Consider Adequate Assurance of Payment Requests (the "Motion"). (the "Motion") filed on October 20, 2015 [Docket No. 21]. The Court finds that the Motion should be granted as set forth below.

IT IS, THEREFORE, ORDERED that the Debtor's Motion for Order (i) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (ii) Establishing Procedures For Resolving Demands by Utility Companies For Adequate Assurance of Payment, and (iii) Scheduling a Hearing to Consider Adequate Assurance of Payment Requests is scheduled for expedited hearing on the date and time listed above.

The moving party is responsible for notice of hearing on expedited matters. Movant shall file a certificate of notice listing persons served. The certificate should be filed within 7 days of such service but in no event later than the date and time of the hearing.

### 

SUBMITTED FOR ENTRY BY:

LAW OFFICES OF RAY BATTAGLIA, PLLC
Raymond W. Battaglia
66 Granburg Circle
San Antonio, Texas 78218
Email: rbattaglialaw@outlook.com
Telephone: 210 601-9405