

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 21, 2015**

_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**
_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | BANKRUPTCY NO. 15-52462-CAG |
| FPMC SAN ANTONIO REALTY | § | |
| PARTNERS, LP, | § | CHAPTER 11 PROCEEDING |
| | § | |
| DEBTOR | § | |

**ORDER GRANTING MOTION OF FPMC SAN ANTONIO REALTY PARTNERS, LP, FOR EXPEDITED HEARING ON DEBTOR'S APPLICATION FOR ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 327(a) AND 329 AND BANKRUPTCY RULES 2014 AND 2016, AUTHORIZING EMPLOYMENT AND RETENTION OF THE LAW OFFICES OF RAY BATTAGLIA, PLLC AS BANKRUPTCY COUNSEL TO THE DEBTOR AND <u>DEBTOR IN POSSESSION EFFECTIVE AS OF THE PETITION DATE</u>**

**[DOCKET NO 11]**

On this date came on for consideration the Motion filed by FPMC San Antonio Realty

Partners, LP, ("Movant") requesting an expedited hearing on the Debtor's Application for Order

Pursuant to Bankruptcy Code Sections 327(a) and 329 and Bankruptcy Rules 2014 and 2016,

Authorizing Employment and Retention of The Law Offices Of Ray Battaglia, PLLC as

Bankruptcy Counsel to The Debtor and Debtor in Possession Effective as of the Petition Date (the "Motion") filed on October 13, 2015 [Docket No. 11]. The Court finds that the Motion should be granted as set forth below.

IT IS, THEREFORE, ORDERED that the Debtor's Application for Order Pursuant to Bankruptcy Code Sections 327(a) and 329 and Bankruptcy Rules 2014 and 2016, Authorizing Employment and Retention of The Law Offices Of Ray Battaglia, PLLC as Bankruptcy Counsel to The Debtor and Debtor in Possession Effective as of the Petition Date is scheduled for expedited hearing on the date and time listed above.

The moving party is responsible for notice of hearing on expedited matters. Movant shall file a certificate of notice listing persons served. The certificate should be filed within 7 days of such service but in no event later than the date and time of the hearing.

### 

SUBMITTED FOR ENTRY BY:

LAW OFFICES OF RAY BATTAGLIA, PLLC
Raymond W. Battaglia
66 Granburg Circle
San Antonio, Texas 78218
Email: rbattaglialaw@outlook.com
Telephone: 210 601-9405