**Expedited hearing shall be held on 10/27/2015 at 10:00 AM in SA Courtroom 3. Movant is responsible for notice.**



**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 21, 2015**

_____
　　　　　　　**CRAIG A. GARGOTTA**
　　　　**UNITED STATES BANKRUPTCY JUDGE**
_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | BANKRUPTCY NO. 15-52462-CAG |
| FPMC SAN ANTONIO REALTY | § | |
| PARTNERS, LP, | § | CHAPTER 11 PROCEEDING |
| | § | |
| DEBTOR | § | |

### ORDER GRANTING MOTION OF FPMC SAN ANTONIO REALTY PARTNERS, LP, FOR EXPEDITED HEARING ON MOTION TO WAIVE APPOINTMENT OF A PATIENT CARE OMBUDSMAN

### [DOCKET NO 15]

On this date came on for consideration the Motion filed by FPMC San Antonio Realty Partners, LP, ("Movant") requesting an expedited hearing on the Debtor's Motion to Waive Appointment of a Patient Care Ombudsman (the "Motion") filed on October 15, 2015 [Docket No. 15]. The Court finds that the Motion should be granted as set forth below.

IT IS, THEREFORE, ORDERED that the Debtor's Motion to Waive Appointment of a

1

Patient Care Ombudsman is scheduled for expedited hearing on the date and time listed above.

The moving party is responsible for notice of hearing on expedited matters. Movant shall file a certificate of notice listing persons served. The certificate should be filed within 7 days of such service but in no event later than the date and time of the hearing.

###

SUBMITTED FOR ENTRY BY:

LAW OFFICES OF RAY BATTAGLIA, PLLC
Raymond W. Battaglia
66 Granburg Circle
San Antonio, Texas 78218
Email: rbattaglialaw@outlook.com
Telephone: 210 601-9405