# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
**615 E. Houston Street, Suite 597**
**San Antonio, Texas 78205**

YVETTE M. TAYLOR  
CLERK OF COURT

(210) 472–6720

**DATE:** October 21, 2015

Raymond W. Battaglia  
Law Offices of Ray Battaglia, PLLC  
66 Granburg Circle  
San Antonio, TX 78218

**RE:** Declaration for Electronic Filing  
       Bankruptcy Case No.: **15–52462–cag**  
       Case Style: FPMC San Antonio Realty Partners, LP

Dear Mr. Battaglia :

The original signed Declaration for Electronic Filing, due on 10/13/15 has not been received by the Clerk's Office for the filing of:

*1* – Voluntary Petition under Chapter 11 Without Schedules, Without Statement of Financial Affairs, With Attorney Disclosure of Compensation ( Filing Fee: $ 1717, ) filed by FPMC San Antonio Realty Partners, LP. Appointment of health care ombudsman due by 11/5/2015 –Declaration for Electronic Filing due by 10/13/2015 (Battaglia, Raymond)

Please submit the original Declaration for Electronic Filing immediately. If the Declaration of Electronic Filing is not received by **November 4, 2015**, as to any original petition, matrix, statement and schedules, this case will be dismissed by the court and that, as to any amended petition, statement, schedule or matrix, the amendment(s) will be stricken by the Court.

                              Yvette M. Taylor  
                              Clerk, U. S. Bankruptcy Court

                              BY: Joyce Gutierrez

cc: Debtor(s), Trustee

903 San Jacinto, Suite 322  
Austin, Texas 78701  
(512) 916–5237

511 E. San Antonio Avenue, Suite 444  
El Paso, Texas 79901  
(915) 779–7362

800 Franklin Avenue, Suite 140  
Waco, Texas 76701  
(254) 750–1513

[Declaration Due Letter] [LtrDclrdu]