IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | | |
|---|---|---|---|
| In re | § | | |
| | § | | |
| FPMC San Antonio Realty Partners, LP | § | Case No. 15-52462-cag | |
| | § | (Chapter 11) | |
| Debtor | § | | |

**ENTRY OF APPEARANCE AND**
**REQUEST FOR NOTIFICATION**

TO THE HONORABLE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Now comes TEXAS HERITAGE BANK, creditor and interested party in the above-styled and numbered case ("Applicant"), by and through its attorneys, Branscomb PC, by Patrick H. Autry, and files this Entry of Appearance and Request for Notification pursuant to Bankruptcy Rules 9010 and 2002 and the Local Rules of this Court, and would show the Court as follows:

1) Applicant is a creditor and interested party in this case. Applicant has a right to receive notice of those matters filed in this case which affect Applicant, including, but not limited to, CONTESTED and NON-CONTESTED MATTERS and ADVERSARY PROCEEDINGS, pursuant to Bankruptcy Rule 2002 and the Local Rules of this Court.

2) Applicant requests that notice of those CONTESTED or NON-CONTESTED matters or ADVERSARY PROCEEDINGS affecting Applicant and set for hearing in this case be sent to the following:

        Patrick H. Autry
        BRANSCOMB PC
        711 Navarro Street, Suite 500
        San Antonio, Texas 78205
        Email: pautry@branscombpc.com

PLEASE TAKE FURTHER NOTICE that in filing this Entry of Appearance and Request for Notification, Applicant does not consent to have any matter heard in the Bankruptcy Court; do not waive any right that they may have to contest jurisdiction in any proceeding involving their claims or interests; do not waive the right to seek dismissal of the case, do not waive the right under applicable non-bankruptcy law to trial by jury; and do not consent to have any such trial conducted in the Bankruptcy Court.

WHEREFORE, PREMISES CONSIDERED, Applicant respectfully requests that the name and address of its counsel as hereinabove stated be put on the mailing matrix to receive notices of any and all **CONTESTED** or **NON-CONTESTED** matters affecting Applicant filed in this case, including any **ADVERSARY PROCEEDING** affecting Applicant within the context of this case, pursuant to Bankruptcy Rule 2002 and the Local Rules of this Court.

Dated: October 22, 2015

Respectfully submitted,

BRANSCOMB PC
711 Navarro Street, Suite 500
San Antonio, Texas 78205
Telephone    210-598-5400
Telecopier    210-598-5405
Email    pautry@branscombpc.com


BY:    /s/ Patrick H. Autry_____
        Patrick H. Autry
        State Bar No. 01447600

ATTORNEYS FOR TEXAS HERITAGE BANK

# CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing Entry of Appearance and Request for Notification was served by first-class mail, postage prepaid, this 22 day of October, 2015 to:

***Counsel for Debtor:***
Raymond W. Battaglia
Law Offices of Ray Battaglia, PLLC
66 Grandburg Circle
San Antonio, TX 78218

/s/ Patrick H. Autry
Patrick H. Autry