# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FPMC SAN ANTONIO REALTY PARTNERS, LP, | § § § | CASE NO. 15-52462-cag-11 |
| | § | CHAPTER 11 |
| DEBTOR. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Francis B. Majorie and the law firm of The Majorie Firm, Ltd., hereby enter an appearance as counsel of record in the above-captioned case for creditor and party-in-interest CH Realty VI/MO San Antonio FPMC, LP ("CH Realty") and request that all notices given or required to be given in this case and all papers served or required to be served in this case, be delivered and served upon the following:

Francis B. Majorie
fbmajorie@themajoriefirm.com
Thomas J. Annis
tannis@themajoriefirm.com
THE MAJORIE FIRM, LTD.
4901 Lyndon B. Johnson Freeway, Fourth Floor
Dallas, Texas 75244
Telephone: (214) 522-7400
Facsimile: (214) 522-7911

PLEASE TAKE FURTHER NOTICE that the foregoing demand also includes, without limitation, notices and copies of any application, complaint, demand, hearing, motion, objection, petition, pleading, plan, plan disclosure statement or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, electronic mail, delivery, telephone, facsimile or otherwise, filed with regard to the above-referenced case and all proceedings therein.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) CH Realty's rights to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) CH Realty's rights to trial by a jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) CH Realty's right to have a reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims actions, defenses, setoffs, or recoupments to which CH Realty is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments CH Realty expressly reserves.

Dated: October 22, 2015

Respectfully submitted,

THE MAJORIE FIRM, LTD.

By: */s/ Francis B. Majorie*
    Francis B. Majorie
    Texas State Bar No. 12851420
    (WD Texas application & *pro hac vice*
    to be submitted)
4901 Lyndon B. Johnson Freeway
Fourth Floor
Dallas, Texas 75244
Telephone: (214) 522-7400
Facsimile: (214) 522-7911
Email: fbmajorie@themajoriefirm.com
Email: tannis@themajoriefirm.com

*Attorneys for CH Realty VI/MO*
*San Antonio FPMC, LP*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served electronically via the Court's ECF noticing system on those parties who receive notice from that system, on the 22nd day of October, 2015.

*/s/ Francis B. Majorie*
Francis B. Majorie