**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**JUDY A. ROBBINS**
**UNITED STATES TRUSTEE**
**JAMES W. ROSE, JR.**
**TRIAL ATTORNEY**
**615 E. HOUSTON, RM. 533**
**SAN ANTONIO, TX 78205**
**Telephone: (210) 472-4640**
**Facsimile: (210) 472-4649**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FPMC SAN ANTONIO REALTY | § | CASE NO.  15-52462-CAG |
| PARTNERS, LP, | § | |
| | § | CHAPTER 11 |
| DEBTOR IN POSSESSION | § | |

### REPORT OF THE UNITED STATES TRUSTEE OF
### INABILITY TO APPOINT A CREDITORS' COMMITTEE

COMES NOW Judy A. Robbins, the United States Trustee for Region 7 ("UST"), who, by and through the undersigned attorney respectfully reports as follows:

1.      The voluntary petition in this case under chapter 11 of the Bankruptcy Code (11 U.S.C. § 1101, et seq.) was filed on 10/06/2015.

2.      The United States Trustee is responsible for appointing a committee of creditors holding unsecured claims (Creditors' Committee) pursuant to 11 U.S.C. § 1102(a)(1).

3.      The United States Trustee has attempted to solicit creditors interested in serving on the Unsecured Creditors' Committee from the 20 largest unsecured creditors.  After excluding governmental units, secured creditors and insiders, the United States Trustee has been unable to solicit sufficient interest in serving on the Committee, in order to appoint a proper Committee.

4.      A first meeting of creditors was held pursuant to 11 U.S.C. § 341(a) and upon notice to all creditors.  Unsecured creditors appearing at said meeting were insufficient in number to form a unsecured creditors committee.

THEREFORE, the United States Trustee has been unable to appoint an Unsecured Creditors' Committee as contemplated by 11 U.S.C. § 1102.

Respectfully submitted,

JUDY A. ROBBINS
UNITED STATES TRUSTEE
REGION 7


By: //s//James W. Rose, Jr.
        James W. Rose, Jr.
        Trial Attorney
        Texas Bar No. 17251900
        615 E. Houston, Rm. 533
        San Antonio, TX 78205
        (210) 472-4640
        (210) 472-4649 Fax


CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing United States Trustee's Report of Inability to Appoint a Creditors' Committee was mailed, first class, postage paid, to those persons listed on the attached matrix and/or by electronic means for all Pacer system participants, on this the 13th day of November, 2015.


  //s//James W. Rose, Jr.
James W. Rose, Jr.

NRG Property Management
3030 Olive St., Ste. 220
Dallas, TX  78299

Mutual Sprinklers
12000 Crownpoint, Ste. 220
San Antonio, TX  75206

Lincoln Harris
6688 N. Central Expressway, #300
Dallas, TX  75206

KNJ Graphix
2201 Long Prairie Rd., Ste. 107/163
Flower Mound, TX  75022

J.W. Dielmann, Inc.
419 Stahl Rd., Ste. 118
San Antonio, TX  75701

Internal Revenue Service
Centralized Insolvency Office
PO Box 7346
Philadelphia, PA  19101-7346

ICON Ecological Solutions
5432 Bridgeport Rd.
McKinney, TX  75071

Gilbert Aguilar
525 Oak Ctr., Ste. 240
San Antonio, TX  78258

Fresenius
920 Winter St.
Attn:  Legal Dept.
Waltham, MA  02451

Forest Park Medical Center
11990 North Central Expressway
Dallas, TX 75243-3714

Drash Contracting Co.
1045 Central Parkway N., Ste. 101
San Antonio, TX  78258

Dr. Siraj Sayeed
5510-B Presidio Parkway
San Antonio, TX  78249

DMI Technologies
14900 Grand River Rd., Ste. 100
Ft. Worth, TX  76155

DFW Maintenance
101 St. Louis Ave.
Ft. Worth, TX  76104

CPS Energy
PO Box 2678
San Antonio, TX  78289

Bexar County Tax Assessor Collector
PO Box 2903
San Antonio, TX  78299-2903

Andrew Zaragoza
525 Oak Ctr., Ste. 240
San Antonio, TX  78258

Alamo Handyman, LLC
PO Box 681892
San Antonio, TX  78268

Acme Safe & Lock Co.
138 Kenley Pl.
San Antonio, TX  78232

FPMC San Antonio Realty Partners, LP
5510 Presidio Parkway
San Antonio, TX  78249

Raymond W. Battaglia
Law Office of Ray Battaglia
66 Granburg Circle
San Antonio, TX  78218