IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| ` | § | BANKRUPTCY NO. 15-52462-CAG |
| FPMC SAN ANTONIO REALTY | § | |
| PARTNERS, LP, | § | CHAPTER 11 PROCEEDING |
| | § | |
| DEBTOR | § | |

NOTICE OF DEBTORS ELECTION REGARDING SELECTION OF
A STALKING HORSE BIDDER

     FPMC San Antonio Realty Partners LP received several offers for Stalking Horse consideration which were credible and included offers which materially exceed the debt and taxes owed on the property. At this time the Seller has chosen <u>not</u> to select a Stalking Horse bid as permitted under the **ORDER (A) ESTABLISHING BIDDING PROCEDURES IN CONNECTON WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS; (B) AUTHORIZING THE DEBTOR TO SELECT A DESIGNATED PURCHASER OR A STALKING HORSE BIDDER AND/OR HOLD AN AUCTION; (C) APPROVING THE FORM AND MANNER OF NOTICE; AND (D) GRANTING RELATED RELIEF** entered by the Court on November 20, 2015 in order to permit an adequate opportunity to negotiate various conditions set out in the offers with the Stalking Horse offerors and other prospective bidders.

     Campus tours and due diligence discussions continue. As per the Order, prospective buyers may continue to submit or modify their offers until 5pm CST, Friday, December 18, 2015. The successful bidder will be notified by Tuesday, December 22, 2015.

     Respectfully submitted this the 9th day of December, 2015.

THE LAW OFFICES OF RAY BATTAGLIA, PLLC.

66 Granburg Circle
San Antonio, Texas 78218
Telephone (210) 601-9405
Email: rbattaglialaw@outlook.com

By: */s/ Raymond W. Battaglia*
     Raymond W. Battaglia
     Texas Bar No. 01918055

ATTORNEYS FOR FPMC SAN ANTONIO
REALTY PARTNERS, LP

## CERTIFICATE OF SERVICE

   A true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system, as set forth below. I further certify that it has been transmitted by first class mail to the parties on the attached service list

                */s/ Raymond W. Battaglia*

                Raymond W. Battaglia