**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**JUDY A. ROBBINS**
**UNITED STATES TRUSTEE**
**JAMES W. ROSE, JR**
**TRIAL ATTORNEY**
**615 E. Houston, Rm. 533**
**San Antonio, TX 78205**
**Telephone: (210) 472-4640**
**Fax: (210) 472-4649**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| FPMC SAN ANTONIO REALTY PARTNERS, LP, | § § § § | CASE NO. 15-52462-CAG CHAPTER 11 |
| | § | Hearing Date: Not Requested |
| DEBTOR. | § | |

## MOTION OF THE UNITED STATES TRUSTEE TO DISMISS CASE

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within twenty one (21) days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

TO THE HONORABLE CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, JUDY A. ROBBINS, THE UNITED STATES TRUSTEE for Region 7 ("UST"), through the undersigned counsel, pursuant to 11 U.S.C. § 1112 and respectfully moves for an order dismissing the case and represents as follows:

**I.     BACKGROUND**

1. This case was commenced upon the filing of a voluntary petition under Chapter 11 of the Bankruptcy Code on October 6, 2015. The case has not been converted from another chapter of the Bankruptcy Code.

2. The debtor's primary asset consisted of real property and improvements commonly known as the Forest Park Medical Center San Antonio (the "Property"). The UST alleges upon information and belief that the debtor's sole source of income was rents derived from the Property.

3. The UST further alleges upon information and belief that the debtor's primary secured lender foreclosed on the Property on March 1, 2016.

**II.    THIS CASE SHOULD BE DISMISSED.**

4. Under section 1112(b) of the Bankruptcy Code, the Bankruptcy Court shall dismiss a case or convert a case to chapter 7, whichever is in the best interest of the creditors and the estate, if the movant establishes cause, unless the Court finds that a chapter 11 trustee or examiner is in the best interests of the creditors and the estate or the Court finds and specifically identifies unusual circumstances that establish that conversion or dismissal of the case is not in the best interest of creditors and the estate. 11 U.S.C. § 1112(b).

5. Here, the case should be dismissed. The UST alleges upon information and belief that the debtor no longer has any source of income to fund a plan of reorganization. Without any source of income, there appears to be no reasonable likelihood of rehabilitation. Moreover, if the debtor continues in Chapter 11, it will continue to incur administrative claims such as UST quarterly fees and attorney's fees.

The substantial or continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation is cause for dismissal of this case. 11 U.S.C. § 1112(b)(4)(A).

6. The UST submits that dismissal is in the best interests of creditors. The debtor does not appear to have any other significant assets available for the payment of unsecured creditors.

7. If the case is dismissed, the UST requests that the order dismissing the case provide for payment of any quarterly fees owed to the UST. 28 U.S.C. § 1930.

WHEREFORE, the UST prays that the Court enter an order dismissing the case and for any and all further relief as is equitable and just.

Respectfully submitted,

JUDY A. ROBBINS
UNITED STATES TRUSTEE
REGION 7

By: /s/James W. Rose, Jr.
James W. Rose, Jr.
Trial Attorney
Texas Bar No. 17251900
615 E. Houston St., Room 533
San Antonio, TX 78205
(210) 472-4640
(210) 472-4649 Fax
James.Rose@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing MOTION OF THE UNITED STATES TRUSTEE DISMISS CASE, was served upon the parties on the attached service by United States Mail, first class, postage prepaid, and/or by electronic means for all Pacer system participants on this the 22nd of March, 2016.

/s/ James W. Rose, Jr.
James W. Rose, Jr.
Trial Attorney

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-5<br>Case 15-52462-cag<br>Western District of Texas<br>San Antonio<br>Tue Mar 22 10:41:59 CDT 2016 | FPMC San Antonio Realty Partners, LP<br>c/o Mary Hatcher<br>3030 Olive St, Suite 220<br>Dallas, TX 75219-7639 | U.S. BANKRUPTCY COURT<br>615 E. HOUSTON STREET, ROOM 597<br>SAN ANTONIO, TX 78205-2055 |
| Acme Safe & Lock Company<br>138 Kenley Pl.<br>San Antonio, TX 78232-3713 | Alamo Handyman, LLC<br>PO Box 681892<br>San Antonio, TX 78268-1892 | American Bank of Texas<br>c/o J. Mark Chevallier, Esq.<br>McGuire, Craddock & Strother, P.C.<br>2501 N. Harwood, Suite 1800<br>Dallas, TX 75201-1613 |
| Andrew Zaragoza<br>525 Oak Ctr, Ste 240<br>San Antonio, TX 78258-3916 | Bexar County<br>c/o Don Stecker<br>711 Navarro, Suite 300<br>San Antonio, TX 78205-1749 | Bexar County Tax Assessor Collector<br>P.O. Box 2903<br>San Antonio, TX 78299-2903 |
| C. R. Bard, Inc.<br>c/o Hunton & Williams LLP<br>Attn: Richard P. Norton/Robert A. Rich<br>200 Park Avenue<br>New York, NY 10166-0091 | CH Realty VI/MO San Antonio FPMC, LP<br>c/o Francis B. Majorie<br>The Majorie Firm, Ltd.<br>4901 Lyndon B. Johnson Fwy<br>Fourth Floor<br>Dallas, Texas 75244-6158 | CPS Energy<br>PO Box 2678<br>San Antonio, TX 78289-0001 |
| CPS Energy - Bankruptcy Section<br>145 Navarro Mail Stop 110910<br>San Antonio, TX 78205-2934 | Centennial Bank<br>c/o Duncan E. Barber<br>Bieging Shapiro & Barber LLP<br>4582 S. Ulster St. Pkwy, Suite 1650<br>Denver, CO 80237-2686 | Centennial Bank<br>c/o Lisa K. Shimel<br>Bieging Shapiro & Barber LLP<br>4582 S. Ulster St. Pkwy, Suite 1650<br>Denver, CO 80237-2686 |
| City of San Antonio acting by and through<br>San Antonio Water System ("SAWS&quo<br>c/o Law Offices of Elizabeth G. Smith<br>6655 First Park Ten, Suite 240<br>San Antonio, TX 78213-4304 | DFW Maintenance<br>101 St. Louis Avenue<br>Fort Worth, TX 76104-1229 | DMI Technologies<br>14900 Grand River Rd. Suite 100<br>Fort Worth, TX 76155-2749 |
| DataBank IMX LLC<br>2912 Momentum Place<br>Chicago, IL 60689-5329<br>Attn: Sandy Brunner | DataBank IMX LLC<br>620 Freedom Business Center, Suite 120<br>King of Prussia, PA 19406-1330<br>Attn: Sandy Brunner | Dr. Siraj Sayeed<br>5510-B Presidio Parkway<br>San Antonio, TX 78249-3230 |
| Drash Contracting Company<br>1045 Central Parkway N., Suite 101<br>San Antonio, TX 78232-5086 | Forest Park I LLC<br>c/o Brent McIlwain<br>Holland & Knight LLP<br>200 Crescent Court, Ste 1600<br>Dallas, TX 75201-1829 | Forest Park I and II LLC<br>c/o Brent McIlwain<br>Holland & Knight LLP<br>200 Crescent Court, Ste 1600<br>Dallas, TX 75201-1829 |
| Forest Park II LLC<br>c/o Brent McIlwain<br>Holland & Knight LLP<br>200 Crescent Court, Ste 1600<br>Dallas, TX 75201-1829 | Forest Park Medical Center at San Antoni<br>Central Expressway Suite #440<br>Dallas, TX 75243 | Fresenius<br>920 Winter Street<br>Attn: Legal Department<br>Waltham, MA 02451-1519 |
| Gilbert Aguilar<br>525 Oak Ctr, Ste 240<br>San Antonio, TX 78258-3916 | ICON Ecological Solutions<br>5432 Bridgeport Rd<br>McKinney, TX 75071-4987 | Internal Revenue Service<br>Centralized Insolvency Office<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |

| | | |
|---|---|---|
| J.W. Dielmann, Inc.<br>4019 Stahl Road, Suite 118<br>San Antonio, TX 78217-1669 | KNJ Graphix<br>2201 Long Prairie Rd, Ste 107/163<br>Flower Mound, TX 75022-4832 | Legacy Texas Bank, f/k/a Viewpoint Bank, NA<br>c/o J. Mark Chevallier, Esq.<br>McGuire, Craddock & Strother, P.C.<br>2501 N. Harwood, Suite 1800<br>Dallas, TX 75201-1613 |
| Lesley C. Ardemagni<br>Law Offices of Judith W. Ross<br>Plaza of Americas<br>700 N. Pearl Street, Suite 1610<br>Dallas, TX 75201-7459 | Liberty Capital Bank<br>c/o J. Mark Chevallier, Esq.<br>McGuire, Craddock & Strother, P.C.<br>2501 N. Harwood, Suite 1800<br>Dallas, TX 75201-1613 | Liberty Capital Bank<br>c/o Patrick H. Autry<br>Branscomb PC<br>711 Navarro, Suite 500<br>San Antonio, TX 78205-1889 |
| Lincoln Harris<br>6688 N Central Expwy, #300<br>Dallas, TX 75206-3951 | Lincoln Property Company Commercial Service<br>6688 North Central Expy Ste 300<br>Dallas, TX 75206-3951 | Mutual Sprinklers<br>12000 Crownpoint, Suite 175<br>San Antonio, TX 78233-5398 |
| NRG Property Management<br>3030 Olive Street, Suite 220<br>Dallas, Texas 75219-7639 | Prevent Life Safety Services, Inc.<br>1410 Stealth Street<br>Livermore, CA 94551-9358 | Prosperity Bank<br>c/o J. Mark Chevallier, Esq.<br>McGuire, Craddock & Strother, P.C.<br>2501 N. Harwood, Suite 1800<br>Dallas, TX 75201-1613 |
| San Antonio Water System<br>PO Box 2990<br>San Antonio, TX 78299-2990 | Sidley Austin, LLP<br>One South Dearborn<br>Chicago, IL 60603-2323 | St. Jude Medical<br>Attn: Melissa Bourque<br>6300 Bee Cave Rd., #100<br>Austin, TX 78746-5842 |
| Stearns Bank National Association<br>c/o J. Mark Chevallier, Esq.<br>McGuire, Craddock & Strother, P.C.<br>2501 N. Harwood, Suite 1800<br>Dallas, TX 75201-1613 | Susan Cipione<br>McGuire, Craddock & Strother<br>2501 N. Harwood, Suite 1800<br>Dallas, TX 75201-1613 | Susan Cipione<br>McGuire, Craddock & Strother<br>Attys for Texas Capital Bank<br>2501 N. Harwood, Suite 1800<br>Dallas, TX 75201-1613 |
| Texas Capital Bank, N.A.<br>c/o J. Mark Chevallier, Esq.<br>McGuire, Craddock & Strother, P.C.<br>2501 N. Harwood, Suite 1800<br>Dallas, TX 75201-1613 | Texas Capital Bank, N.A.<br>c/o James G. Rea, Esq.<br>McGuire, Craddock & Strother, P.C.<br>2501 N. Harwood, Suite 1800<br>Dallas, TX 75201-1613 | Texas Capital Bank, NA<br>Bruce A. Shilcutt<br>2000 McKinney Avenue, Suite 500<br>Dallas, TX 75201-1954 |
| Texas Heritage Bank<br>c/o J. Mark Chevallier, Esq.<br>McGuire, Craddock & Strother, P.C.<br>2501 N. Harwood, Suite 1800<br>Dallas, TX 75201-1613 | Texas Heritage Bank<br>c/o Patrick H. Autry<br>Branscomb PC<br>711 Navarro, Suite 500<br>San Antonio, TX 78205-1889 | ThyssenKrup Elevator Americas<br>3660 Thousand Oaks, Suite 210<br>San Antonio, TX 78247-3126 |
| Time Warner Cable<br>Box 60074<br>City of Industry, CA 91716-0074 | United States Trustee - SA12<br>US Trustee's Office<br>615 E Houston, Suite 533<br>PO Box 1539<br>San Antonio, TX 78295-1539 | Wade N. Barker, MD<br>Plaza of Americas<br>700 N. Pearl Street, Suite 1610<br>Dallas, TX 75201-7459 |
| Waste Management<br>2625 W Grandview Rd Suite 150<br>Phoenix, AZ 85023-3109 | Waste Management<br>PO Box 660345<br>Dallas, TX 75266-0345 | Raymond W. Battaglia<br>Law Offices of Ray Battaglia, PLLC<br>66 Granburg Circle<br>San Antonio, TX 78218-3010 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Eye Protection Systems      (u)Trane U.S.      (u)Travelers

End of Label Matrix
Mailable recipients    59
Bypassed recipients     3
Total                  62